IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED MASONRY RESTORATION, INC., an Illinois corporation,<br><br>Defendant. | ) ) ) ) ) No. 08 C 356 ) ) Judge Castillo ) ) Magistrate Judge Schenkier ) ) ) ) |

## MOTION TO REINSTATE

NOW COMES, the Plaintiffs, by and through their attorneys, Donald D. Schwartz, ARNOLD AND KADJAN, and in support of reinstatement, states as follows:

1. This Complaint was filed January 16, 2008.

2. The Summons and Complaint were served January 31, 2008.

3. This Honorable Court entered an Order dated January 17, 2008 administratively dismissing this matter without prejudice.

4. Defendant has refused to tender records for an audit in accordance with this courts order of dismissal.

5. Per the terms of the dismissal, this court retained jurisdiction to reinstate upon default, and defendants refusal to produce records for the audit

6. Based on defendant's refusal to submit records for the audit, plaintiffs are not able to fully resolve this matter.

7. Plaintiffs seek an order reinstating this case, and an order of default compelling defendant to produce records for the audit.

WHEREFORE, Plaintiffs pray that this Court enter an order reinstating this matter and entering order of default against defendant.

        Respectfully submitted,

        **TRUSTEES OF BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND**

        s/ Donald D. Schwartz
        One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson
Chicago, IL 60604
(312) 236-0415