# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED MASONRY RESTORATION, INC., an Illinois corporation,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>) No. 08 C 356<br>)<br>) Judge Castillo<br>)<br>) Magistrate Judge Schenkier<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

**TO:** United Masonry Restoration, Inc.
　　　c/o its Registered Agent, Jamie Tedeschi
　　　567 N. William
　　　Thornton, IL 60476

**PLEASE TAKE NOTICE** that on **March 4, 2008**, at **9:45 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Castillo, Room 2141** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion to Reinstate.

　　　　　　　　　　　　　　　　　　　TRUSTEES OF BRICKLAYERS AND
　　　　　　　　　　　　　　　　　　　ALLIED CRAFTSMEN LOCAL 56
　　　　　　　　　　　　　　　　　　　FRINGE BENEFIT FUND

　　　　　　　　　　　　　　　　　　　s/ Donald D. Schwartz
　　　　　　　　　　　　　　　　　　　One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: February 22, 2008

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion to Reinstate with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 22nd day of February 2008, at or before the hour of 5:00 p.m.

United Masonry Restoration, Inc.
c/o its Registered Agent, Jamie Tedeschi
567 N. William
Thornton, IL 60476

> s/Donald D. Schwartz
> ARNOLD AND KADJAN
> 19 W. Jackson Blvd., Suite 300
> Chicago, IL 60604
> 312-236-0415 (phone)
> 312-341-0438 (fax)
> Dated: February 22, 2008