# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Trustees of the Bricklayers and Allied Craftsmen Local
74 Fringe Benefit Funds

                                                   Plaintiff,

v.

                                                   Case No.:
1:08–cv–00356

Honorable Ruben
Castillo

United Masonry Restoration, Inc.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge Ruben Castillo :Motion hearing held on 3/4/2008.
Defendant failed to appear. Plaintiffs' motion to reinstate [8] is granted. The Court hereby
enters a default against defendant United Masonry Restoration, Inc. for failure to timely
appear, answer or otherwise plead to the complaint. The defendant is ordered to comply
with this Court's 1/17/2008 Order and submit to an audit by Plaintiffs for the time period
of 7/1/2007 until the present.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.