**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE  BENEFIT FUNDS, | ) ) ) |
| | ) No. 08 C 356 |
| Plaintiffs, | ) |
| | ) Judge Castillo |
| v. | ) |
| | ) Magistrate Judge Schenkier |
| UNITED MASONRY RESTORATION, INC., an Illinois corporation, | ) ) |
| | ) |
| Defendant. | ) |

**<u>MOTION FOR RULE TO SHOW CAUSE
FOR FAILURE TO ABIDE BY COURT ORDER</u>**

Plaintiffs, by and through  their attorneys, DONALD D. SCHWARTZ, and

ARNOLD AND KADJAN, move this Court to enter a Rule To Show Cause against

UNITED MASONRY RESTORATION, INC., an Illinois corporation.  In support of this

Motion, the Plaintiffs state as follows:

1.      On March 4, 2008, this Court entered an order of default against the

Defendant and an order compelling the production of various records.

2.      Defendant has not produced required records per the court Order**.**

3.      Defendant, UNITED MASONRY RESTORATION, INC. has refused to

tender records for the audit.

WHEREFORE, Plaintiffs pray that this court enter an Order as follows:

A.      A Rule to Show Cause is entered against Jamie Tedeschi of UNITED

MASONRY RESTORATION, INC., who is commanded to appear before this Court to

show cause, if any he/she has, for failing to obey this court's order dated March 4, 2008

which required UNITED MASONRY RESTORATION, INC. to produce various

records.

Respectfully submitted,

TRUSTEES OF THE BRICKLAYERS
AND ALLIED CRAFTSMEN LOCAL 74
FRINGE BENEFIT FUNDS


s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd.
Chicago, IL 60601
(312) 236-0415