IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED MASONRY RESTORATION, INC., an Illinois corporation,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>) No. 08 C 356<br>)<br>) Judge Castillo<br>)<br>) Magistrate Judge Schenkier<br>)<br>)<br>)<br>) |

## ORDER

**THIS MATTER** coming on to be heard on Plaintiff's Motion for Rule to Show Cause.

**IT IS HEREBY ORDERED THAT**:

1. A Rule to Show Cause is hereby entered and made returnable on _____, 2008 for Jamie Tedeschi for his/her failure to produce records per Court order dated March 4, 2008.

2. Jamie Tedeschi is ordered to appear in court on _____, 2008 at 9:45 a.m. Room 2141 and show cause, if any he/she has for failure to abide by the court's order of March 4, 2008.

　　　　　　　　　　　　　Dated:_____

　　　　　　　　　　　　　Enter: _____
　　　　　　　　　　　　　**HONORABLE JUDGE CASTILLO**