IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS<br>AND ALLIED CRAFTSMEN<br>LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED MASONRY RESTORATION,<br>INC., an Illinois corporation,<br><br>    Defendant. | )<br>)<br>)<br>) No. 08 C 356<br>)<br>) Judge Castillo<br>)<br>) Magistrate Judge Schenkier<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

**TO:**  United Masonry Restoration, Inc.        United Masonry Restoration, Inc.
c/o its Registered Agent,                 576 N. William
Jamie Tedeschi                            Thornton, IL 60476
567 N. William
Thornton, IL 60476

**PLEASE TAKE NOTICE** that on **June 24, 2008**, at **9:45 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Castillo, Room 2141** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion For Rule To Show Cause.

                                        **TRUSTEES OF BRICKLAYERS AND**
                                        **ALLIED CRAFTSMEN LOCAL 74**
                                        **FRINGE BENEFIT FUND**

                                        s/ Donald D. Schwartz
                                        One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)

312-341-0438 (fax)
Dated: June 13, 2008

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion For Rule To Show Cause with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 13th day of June 2008, at or before the hour of 5:00 p.m.

| | |
|---|---|
| United Masonry Restoration, Inc. c/o its Registered Agent, Jamie Tedeschi 567 N. William Thornton, IL 60476 | United Masonry Restoration, Inc. 576 N. William Thornton, IL 60476 |

                                                s/Donald D. Schwartz
                                                ARNOLD AND KADJAN
                                                19 W. Jackson Blvd., Suite 300
                                                Chicago, IL 60604
                                                312-236-0415 (phone)
                                                312-341-0438 (fax)
                                                Dated: June 13, 2008