UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Trustees of the Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds
                                    Plaintiff,

v.                                  Case No.: 1:08−cv−00356
                                    Honorable Ruben Castillo

United Masonry Restoration, Inc.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

MINUTE entry before the Honorable Ruben Castillo:Plaintiffs' motion for rule to show cause [13] is entered and continued to 7/1/2008 at 9:30 AM. Motion hearing set for 6/24/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.