# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Trustees of the Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds

        Plaintiff,

v.

        Case No.: 1:08−cv−00356
        Honorable Ruben Castillo

United Masonry Restoration, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 7/17/2008. Plaintiffs' motion for rule to show cause for failure to abide by court order [13] is entered and continued 8/7/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.