UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Trustees of the Bricklayers and Allied Craftsmen Local
74 Fringe Benefit Funds

                                                            Plaintiff,

v.                                                                                   Case No.:
                                                                                   1:08−cv−00356
                                                                                   Honorable Ruben
                                                                                    Castillo

United Masonry Restoration, Inc.

                                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

     MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 8/7/2008. Plaintiffs' counsel appeared and advised the Court that the rule to show cause can be released. Plaintiffs' motion for rule to show cause [13] is withdrawn. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.